1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
6  DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and
   FIRE CAPTAIN DEARBORN
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| KENNETH GORDON, | Case No.: C10-03796 PJH (JCS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT APRIL 4, 2011 SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF ALAMEDA SHERIFF'S OFFICE, a municipal corporation; GREGORY J. AHERN in his capacity as Sheriff for COUNTY OF ALAMEDA; K. ESTEP (#1718); J. Arbuckle (#1309); Sheriff's Captain DEARBORN; DOES 1-100, inclusive; individually and in their capacities as DEPUTY SHERIFFS for the COUNTY OF ALAMEDA, | |
| Defendants. | |

Defendants GREGORY J. AHERN, DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and FIRE CAPTAIN M. DEARBORN have requested to be excused from personally attending the April 4, 2011 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

The request by defendants GREGORY J. AHERN, DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and FIRE CAPTAIN M. DEARBORN to be excused from the conference is

1

*Gordon v. County of Alameda, et al./*Case #C10-03796 PJH (JCS)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 4, 2011 Settlement Conference

1  hereby granted.

2  Dated:  3/24/11

3  _____
4  Magistrate Judge Joseph C. Spero



2

*Gordon v. County of Alameda, et al./*Case #C10-03796 PJH (JCS)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 4, 2011 Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570