Che Lewellyn Hashim
Law Office of Che L. Hashim
861 Bryant Street
San Francisco, California 94103
Tel:   415-487-1700
Fax:   415-431-1312
E-mail:   che.hashim.esq@gmail.com

Attorney For Plaintiff
KENNETH GORDON

Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and
FIRE CAPTAIN M. DEARBORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| KENNETH GORDON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA SHERIFF'S OFFICE, a municipal corporation; GREGORY J. AHERN in his capacity as Sheriff for COUNTY OF ALAMEDA; K. ESTEP (#1718); J. Arbuckle (#1309); Sheriff's Captain DEARBORN; DOES 1-100, inclusive; individually and in their capacities as DEPUTY SHERIFFS for the COUNTY OF ALAMEDA,<br><br>　　　　Defendants. | Case No.: C10-03796 PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT** AND ORDER<br><br>**Date:**　　April 28, 2011<br>**Time:**　　2:00 p.m.<br>**Courtroom:** 3, 3rd Floor |

On April 4, 2011, the parties appeared before Judge Spero to participate in a mandatory settlement conference. The parties settled this matter, and are working towards completing the terms of their agreement. At the conclusion of which, the parties will present Judge Hamilton

1

*Gordon v. County of Alameda, et al.*/Case #C10-03796 PJH
Joint Case Management Statement

1  with a proposed order to have the matter dismissed with prejudice.

2  The parties respectfully request that the case management conference scheduled for

3  April 28, 2011 be taken off calendar or continued 45 days.

4  Respectfully submitted,

5  Dated:  April 21, 2011          LAW OFFICE OF CHE L. HASHIM

By:   *Che L. Hashim
      Che L. Hashim
      Attorney For Plaintiff
      Mr. Hashim provided his verbal consent that this
      document be electronically filed.

Dated:  April 21, 2011          HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Benjamin A. Thompson
      Benjamin A. Thompson
      Attorneys For Defendants
      COUNTY OF ALAMEDA, SHERIFF GREGORY
      J. AHERN, DEPUTY K. ESTEP, SERGEANT J.
      ARBUCKLE, and FIRE CAPTAIN
      M. DEARBORN



THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 6/9/11 AT 2:00 P.M.

2

*Gordon v. County of Alameda, et al.*/Case #C10-03796 PJH
Joint Case Management Statement