Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and
FIRE CAPTAIN DEARBORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| KENNETH GORDON,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF ALAMEDA SHERIFF'S OFFICE, a municipal corporation; GREGORY J. AHERN in his capacity as Sheriff for COUNTY OF ALAMEDA; K. ESTEP (#1718); J. Arbuckle (#1309); Sheriff's Captain DEARBORN; DOES 1-100, inclusive; individually and in their capacities as DEPUTY SHERIFFS for the COUNTY OF ALAMEDA,<br><br>  Defendants. | Case No.:  C10-03796 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS** |

IT IS HEREBY STIPULATED by and between plaintiff KENNETH GORDON, and defendants SHERIFF GREGORY J. AHERN, DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and FIRE CAPTAIN MICHAEL DEARBORN, by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to defendants SHERIFF GREGORY J. AHERN, DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and FIRE CAPTAIN M. DEARBORN for a mutual waiver of costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between Plaintiff and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is

1

dismissed with prejudice, as to defendant COUNTY OF ALAMEDA pursuant to FRCP 41(a)(2). The parties shall be responsible for the payment of their own court costs and attorneys fees.

Dated: May 18, 2011          LAW OFFICE OF CHE L. HASHIM

By:  */s/ Che L. Hashim
     Che L. Hashim
     Attorney For Plaintiff
     *Mr. Hashim provided his verbal consent that this document be electronically filed.

Dated: May 18, 2011          HAAPALA, THOMPSON & ABERN, LLP

By:  /s/ Clyde A. Thompson
     Clyde A. Thompson
     Attorneys For Defendants
     COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, DEPUTY K. ESTEP, SERGEANT J. ARBUCKLE, and FIRE CAPTAIN M. DEARBORN

## **ORDER**

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated: 5/25/11

Honorable P
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

*Gordon v. County of Alameda, et al./*Case #C10-03796 PJH
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants